Peter Strojnik, Arizona Bar No. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney *pro hac vice* for Plaintiff

Christopher C. Humphrey (CH 9551)
THOMAS & HUMPHREY
Attorneys at Law
18 Bank Street, Suite 302
P.O. Box 9270
Morristown, NJ 07963-9270
T (973) 292-0899
F (973) 292-2878
chris@lawthomas.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Sky Land Investments, LLC, A Nevada Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer,<br><br>Defendant. | Civil Action No. 2:07-cv-05844-KSH-PS<br><br>**DECLARATION OF CHRISTOPHER C. HUMPHREY IN SUPPORT OF PETER STROJNIK, ESQUIRES *PRO HAC VICE ADMISSION*** |

I, Christopher C. Humphrey, declare under perjury as follows:

1. I am an attorney at law of the State of New Jersey and Partner in the law firm of THOMAS & HUMPHREY. I make this Declaration in support of the *pro hac vice*

admission of Peter Strojnik, Esquire who is a shareholder in the Law Firm of Peter Strojnik, Attorney at Law, P.C.

2.  I was admitted to practice in the New Jersey State Courts and the United States District Court of New Jersey in 2001, and the State of New York in 2002. I am a member in good standing of the Bar of this Court, the Eastern and Southern Districts of New York, and the United States Supreme Court.

3.  I respectfully submit this Declaration in support of an application for an Order, pursuant to <u>Rule</u> 101.1(c) of the Local Rules of the United States District Court for the District Court of New Jersey and The Honorable Patty Shwartz's Procedure to Admit Counsel *Pro Hac Vice*, admitting Peter Strojnik, Esquire *pro hac vice* to permit him to appear and participate in this action, including all pretrial and trial proceedings, as counsel for Plaintiff Sky Land Investments, LLC ("Sky Land") and represent Sky Land in this action.

4.  As set forth in his supporting Declaration, Peter Strojnik, Esquire is a member of good standing with the State Bar of Arizona and is licensed to practice law in the Supreme Court of the State of Arizona, the United States District Court for the District of Arizona, and the 9th Circuit Court of Appeals.

5.  If Peter Strojnik, Esquire is admitted *pro hac vice*, New Jersey Counsel will appear as local counsel in accordance with the Local Rules of this Court.

6.  Counsel for defendant, Derrick R. Freijomil, Esquire, with the law firm Riker Danzig Scherer Hyland Perretti advised that he does not take a position on the admission *pro hac vice* of Attorney Strojnik.

I declare under penalty of perjury that the foregoing statements are true and correct.

/s/  Christopher C. Humphrey
Christopher C. Humphrey (9551)
THOMAS & HUMPHREY
18 Bank Street, Suite 302
Morristown, NJ 07963-9270
T: (973) 292-0899
F: (973) 292-2878

Dated:  December 10, 2007