Peter Strojnik, Arizona Bar No. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney *pro hac vice* for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sky Land Investments, LLC, A Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer, <br><br> Defendant. | 2:07-cv-05844-KSH-PS <br><br> APPLICATION AND DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* |

I, Peter Strojnik, declare under the penalty of perjury as follows:

1. I am an attorney of the State of Arizona and a shareholder of the firm Peter Strojnik, P.C. I make this Declaration in support of my application to be admitted *pro hac vice* as counsel for Plaintiff in the above captioned cause.

2. I am a member in good standing with the State Bar of Arizona, and licensed to practice law in Supreme Court of the State of Arizona, the United States District Court for the District of Arizona, and the 9th Circuit Court of Appeals.

-1-

3. There is no discipline pending against me in any court. I have been permitted to appear *pro hac vice* in every court in which I applied.

4. I have been asked by Plaintiff SkyLand Investments, LLC, to represent it in this matter first in the United States District Court for the District of Arizona and, subsequent to the change of venue, in the District of New Jersey, based on my experience in this type of case.

5. I agree to abide by the Local Rules of the District of New Jersey, including Local Civil Rules 101.1(c) and 103.1. Moreover, I will make payment required by New Jersey Court Rule 1:28-2 to the New Jersey Lawyer's Protection Fund for Client Protection upon my admission.

6. I respectfully request that this Court grant my application for admission *pro hac vice*.

I declare under the penalty of perjury that the above statements are true and correct.

RESPECTFULLY executed this 6th day of December, 2007.

**PETER STROJNIK, P.C.**

_____
Peter Strojnik