Peter Strojnik, Arizona Bar No. 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney *pro hac vice* for Plaintiff

Christopher C. Humphrey (CH 9551)
**THOMAS & HUMPHREY**
Attorneys at Law
18 Bank Street, Suite 302
P.O. Box 9270
Morristown, NJ 07963-9270
T (973) 292-0899
F (973) 292-2878
chris@lawthomas.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sky Land Investments, LLC, A Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer, <br><br> Defendant. | **Civil Action No. 2:07-CV-05844-KSH-PS** <br><br> **ORDER ON APPLICATION FOR ADMISSION *PRO HAC VICE* OF PETER STROJNIK** |

UPON the Application of Attorney Peter Strojnik for admission *pro hac vice* in this matter, and the sponsoring Declaration of Christopher C. Humphrey,

Esquire, a member of the Bar of this Court and a partner in the firm of THOMAS & HUMPHREY, and good cause shown:

 IT IS ORDERED that Attorney Peter Strojnik be admitted to the Bar of this Court *pro hac vice* for all matters relating to this cause; and

 IT IS FURTHER ORDERED that Attorney Peter Strojnik submit to the disciplinary jurisdiction of this Court for all actions against him that may arise out of his participation in this matter; and

 IT IS FURTHER ORDERED that Attorney Peter Strojnik shall notify the Court immediately of any change of address, firm affiliation, or any matter affecting his standing at the bar of any other court; and

 IT IS FURTHER ORDERED that Attorney Peter Strojnik shall pay the appropriate *pro hac vice* admission fee to the Clerk of the Court forthwith.

 IT IS FURTHER ORDERED that Peter Strojnik shall pay the appropriate *pro hac vice* admission fee to the New Jersey Lawyers Client Protection Fund.

 DATED this ___ day of December, 2007.

                _____
                Hon. Patty Shwartz, U.S.M.J.