# THOMAS & HUMPHREY

ATTORNEYS AT LAW
18 BANK STREET, SUITE 302
P. O. BOX 9270
MORRISTOWN, NEW JERSEY 07963-9270

Walter E. Thomas, Jr.
Christopher C. Humphrey*

*Also admitted in New York

TELEPHONE: (973) 292-0899
FACSIMILE: (973) 292-2878
e-mail: chris@lawthomas.com

December 12, 2007

**Via Electronic Filing**

Hon. Patty Shwartz
United States Magistrate Judge
District Court of New Jersey
USPO & Courthouse Bldg.
Room 477
Newark, N.J. 07102

> **Re:** **Sky Land Investments, LLC v. Chicago Title Insurance Company,** *et al.*
> **Docket No. 07-cv-05844 (KSH)(PS)**

Dear Magistrate Judge Shwartz:

Pursuant to the Scheduling Order recently entered in the above matter, please be advised that an

application for the *pro hac vice* admission of Peter Strojnik, Esq. was filed via ECF after the docket was

assigned and before Your Honor's Order was received.  The application was filed in accordance with

Your Honor's procedures set forth in the Local Rules.

Respectfully submitted,

THOMAS & HUMPHREY
Attorneys for Plaintiff

/s/ Christopher C. Humphrey