

**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

**Michael R. O'Donnell**
Partner

Direct:
t: 973.451.8476
f: 973.451.8700
modonnell@riker.com
Reply to: Morristown

December 13, 2007

**Via Electronic Filing**

Hon. Patty Shwartz
United States Magistrate Judge
U.S. Post Office & Courthouse
Room 477
Newark, New Jersey 07101

Re:   Sky Land Investments, LLC v. Chicago Title Insurance Company
      Docket No.: 07-cv-05844(KSH) (PS)

Dear Judge Shwartz:

Please accept this letter in response to the application for the *pro hac vice* admission of Peter Strojnik, Esq. This firm represents defendant Chicago Title Insurance Company ("Chicago Title") in the above-referenced action. It is Chicago Title's understanding that Mr. Strojnik was involved with the transaction that is the basis of the underlying action, making him a potential fact witness, which impacts his ability to serve as trial counsel. Further discovery on the issue is, however, needed. As such, Chicago Title simply reserves the right to object to Mr. Strojnik's appearance as trial counsel if discovery demonstrates said is warranted.

Respectfully,


/s/ Michael R. O'Donnell

cc:   All Counsel

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com