# EXHIBIT A

| | |
|---|---|
| From: | O'Donnell, Michael |
| Sent: | Thursday, December 14, 2006 5:44 PM |
| To: | 'greg@crane.net' |
| Cc: | Freijomil, Derrick |
| Subject: | 41-81 Clark Road, Bernardsville, New Jersey |

Dear Mr. Crane:

I represent Chicago Title Insurance Company as to an ongoing investigation relating to title matters involving the properties of Peter and Lorraine Mocco and any liens and encumbrances put on those land by certain First Connecticut entities. Your e-mail today to Donna Sullivan on the potential sale by Sky Land Investments, LLC (the "Seller") of a mortgage on Lorraine Mocco's home at 41-81 Clark Road, Bernardsville, New Jersey (the "Property") to TTIG, LLC (the "Buyer") has just been referred to me. I will address your e-mail to Ms. Sullivan in more depth later. But, in the meantime, attached is a November 29. 2006 letter from counsel for EMP Whole Loan I ("EMP") stating that EMP has "not sold, transferred or assigned its interest in [its] mortgage" on the Property. Also attached is a November 27, 2006 Order of the Superior Court of New Jersey relating to the Property and enjoining further transfers and encumbrances on the Property by certain parties. At a minimum, the Buyer and Seller should be aware of the Order, EMP's claims, and the Moccos' claims as to subject mortgage and be guided accordingly.

Michael R. O'Donnell

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI



SDOC5476.pdf (24 KB)

Order



SDOC5475.pdf (85 KB)

1

JOHN W. PELINO
MARTIN R. LENTZ
SALVATORE M. DeBUNDA
GARRY H. FRANK
HOWARD L. GLEIT
KENNETH J. LEVIN
LOUIS J. SINATRA
ALAN R. GORDON
HOWARD A. ROSENTHAL
VICTORIA PAGE-WOOTEN
JAY S. RUDER*†
MARTHA R. HURT
GARY D. FRY*
EDWARD L. CIEMNIECKI*
PAUL R. FITZMAURICE*
JILL M. GELLAK
WAYNE STREIBICH*
PATRICK J. DORAN*
NANCY L. WASCH
JAMES L. RAY
MICHAEL D. ALLEN
JAMES T. ACALI*
ALBERT L. FOSTER, JR.
MALCOLM S. GOULD*
KEVIN G. RAKOWSKI*
LISA ANNE SABATINO*
DASHIKA R. WELLINGTON*
NANCY G. DUROINE*

*ALSO MEMBER NJ & PA BARS
OTHER ATTORNEYS NOT ADMITTED IN NJ
†NJ MANAGING ATTORNEY

LAW OFFICES

# PELINO & LENTZ

A PENNSYLVANIA PROFESSIONAL CORPORATION

76 E. EUCLID AVENUE

SUITE 103

HADDONFIELD, NJ 08033-2339

856-428-9484

FAX 856-428-7533

OF COUNSEL
ELLIOT UNTERBERGER
JOHN J. TAYLOR

HENRY W. MAXMIN
(1976-1990)

ONE LIBERTY PLACE
THIRTY-SECOND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103-7393
215-665-1540
FAX 215-665-1536

November 29, 2006

DIRECT DIAL (856) 428-9484
E-MAIL JGRUDER@PELINO-NJ.COM
website: www.pelino.com

5554.00.039

Matthew E. Moloshok, Esquire
Hellring, Lindeman, Goldstein & Siegal, LLP
One Gateway Center
Newark, NJ 07102-5386

Re: EMP Whole Loan I LLC Mortgage on 41 and 81 Clark Road, Bernardsville, New Jersey

Dear Mr. Moloshok:

In response to your question, please allow this letter to confirm that EMP Whole Loan I LLC has not sold, assigned or otherwise transferred its interest in the mortgage on the above-referenced properties.

Very truly yours,
PELINO & LENTZ,
a Pennsylvania Professional Corporation

By: Jay S. Ruder

JSR:sed
cc: EMP Whole Loan I LLC

SCARPONE STAIANO LLC
By: James A. Scarpone, Esq.
744 Broad Street, Suite 1901
Newark, New Jersey 07102
(973) 648-0065
Attorneys for Peter Mocco and Lorraine Mocco and The Mocco Parties



FILED
NOV 27 2006
HON. PAUL J. VICHNESS

| | |
|---|---|
| ------------------------------------- x<br>TITAN MANAGEMENT, L.P., et al.,<br><br>                Plaintiffs,<br>v.<br><br>JAMES J. LICATA, et al.,<br><br>                Defendants.<br>------------------------------------- x | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: ESSEX COUNTY<br><br>Docket No. ESX-C-280-98<br><br>Civil Action (Action No. 1)<br><br>Before: Hon. Paul J. Vichness, J.S.C. |
| PETER MOCCO, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>JAMES J. LICATA, et al.,<br><br>                Defendants.<br>------------------------------------- x | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br><br>Former Dkt. No. ESX-L-4058-99<br>Chancery Dkt. No. ESX-C-397-99<br><br>Civil Action (Action No. 2) |
| EMP WHOLE LOAN I,<br><br>                Plaintiff,<br><br>v.<br><br>VILLAGE TOWNHOUSES ESTATES,<br>INC., et al.<br><br>                Defendants.<br>------------------------------------- x | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: HUDSON<br>COUNTY<br><br>Former Dkt. No. HUD-F-13779-99<br>Chancery Dkt. No. ESX-C-396-99<br><br>Civil Action (Action No. 3)<br><br>This paper relates to all Actions. |

Captions continue on next page

ORDER DATED NOVEMBER 27, 2006

```
------------------------------- x   SUPERIOR COURT OF NEW JERSEY
TITAN MANAGEMENT, L.P.,         :   LAW DIVISION: MORRIS COUNTY
                                :
         Plaintiff,             :   Docket No. MRS-L-2442-99
    v.                          :   Chancery Dkt. No. ESX-C-399-99
                                :
FIRST CONNECTICUT HOLDING GROUP,:   Civil Action (Action No. 4)
LLC XXVI, et al.                :
                                :
         Defendants.            :
------------------------------- x
EMP WHOLE LOAN I,               :   SUPERIOR COURT OF NEW JERSEY
                                :   CHANCERY DIVISION: SOMERSET
         Plaintiff,             :   COUNTY
    v.                          :
                                :   Docket No. F-17349-99
LORRAINE MOCCO, et al.,         :   Chancery Dkt. No. ESX-C-6-00
                                :
         Defendants.            :   Civil Action (Action No. 5)
------------------------------- x
```

This matter came before the Court upon the Motion of Peter and Lorraine Mocco and their affiliated entities for an Order ~~enforcing this Court's September 21, 2001 Order~~ *ALLOWING THEM TO FILE AN AMENDED COMPLAINT* and for certain related relief. The Moccos were represented by Scarpone Staiano LLC (James A. Scarpone, Esq. appearing) and Hellring Lindeman Goldstein & Siegal LLP (Matthew E. Moloshok, Esq. appearing). Opposing papers were filed on behalf of Cynthia Licata by Weiner Lesniak LLP (Ronald A. Berutti, Esq. appearing). Wilentz Goldman & Spitzer P.A. (Willard C. Shih appearing) appeared on behalf of SWJ Holdings LLC but filed no papers. Also appearing on the record were: Joel R. Glucksman, Esq. of Scarinci & Hollenbeck, LLC on behalf of the Jersey City Redevelopment Association and Christopher P. Massaro, Esq. of Cole, Schotz,

2

Meisel, Forman & Leonard, P.A. on behalf of Read Properties Group, LLC. For the reasons stated on the record by this Court it is hereby ordered as follows: *Q w & Mocco, Lorraine in place*

1. *In order to preserve the status quo,* Pending further Order of this Court, James Licata, Cynthia Licata, SWJ Holdings, LLC, their affiliated entities and their respective agents, servants, and attorneys are hereby restrained from alienating, selling, transferring or encumbering any interests in LLCs or properties which are the subject of any of these consolidated cases, including, but not limited to, the following LLCs and properties:

   a. First Connecticut Holding Group, LLC IV and any real estate owned by this entity;

   b. Liberty Harbor Holding, LLC and any real estate owned by this entity;

   c. Fulton's Landing Urban Renewal Company, LLC and any real estate owned by this entity;

   d. The Atrium at Hamilton Park Urban Renewal Associates, LLC and any real estate owned by this entity;

   e. 41 and 81 Clark Road Bernardsville, New Jersey

   f. Any real estate interests owned by First Connecticut Holding Group, LLC XIII.

*Nothing contained in this paragraph shall prevent any of the parties from requesting permission of the court to alienate, sell, transfer or encumber the subject [property] motion for permission to file parties should the need arise*

2. The Moccos shall promptly serve and file an amendment to the Complaint in Action No. 2 (Chancery Docket No. ESX-397-99) adding such additional parties and claims as are necessary and essential to a resolution of the ownership issues with respect to the properties identified in paragraph 1 above. *Said motion shall include a copy of the proposed amended complaint*

3

3. In all other respects, the Mocco Motion is denied without prejudice, and may be renewed after filing and service of the amended complaint described in paragraph 2 above. ALL CLAIMS AND DEFENSES OF ALL PARTIES ARE PRESERVED.

_____
HON. PAUL J. VICHNESS, J.S.C.

4