# EXHIBIT D

**From:** greg [greg@simple.net]
**Sent:** Wednesday, December 20, 2006 12:49 AM
**To:** O'Donnell, Michael
**Subject:** Chicago Title - Sky Land Investments, LLC - Conference Call Re: Mocco Mortgage & Existing Title Policy

Hello Michael O'Donnell,

I don't have Steve Day or Ken Aaron's email so would you be so kind as to forward this email to them also. Please also forward this to Donna Sullivan if she is still involved.

I would again like to thank all of you for taking the time to discuss the "issues" that Chicago Title has with the Mocco Mortgage and or the current title policy e'tal. As we discussed with Steve Day today, Skyland would like to have a conference call with all of you tomorrow (Wednesday) so that we all can discus how we may all amicably resolve these issues before they may get contentious.

Steve Day has graciously agreed to talk to both of you to try set up the conference call and I and my associate will make ourselves available and work around your schedules. We believe it is very important to have all of the concerned parties at Chicago represented on that call, including; Claims counsel (although Sky Land has made no claims-yet), outside counsel, and the business side of Chicago Title - because the resolution to these issues will most likely be partly a legal and partly a business decision. This call should allow all of the parties to fully understand what is stake and to work together to come up with a solution that everyone can live with.

Thank you in advance for agreeing to this telephonic meeting and we look forward to resolving this issue together as quickly as possable.

Sincerely,

Greg Crane
602-377-3456