# EXHIBIT E



**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

Michael R. O'Donnell
Partner

<u>Direct:</u>
t: 973.451.8476
f: 973.451.8700
modonnell@riker.com
Reply to: Morristown

December 20, 2006

VIA EMAIL
Mr. Greg Crane
Sky Land Investments, LLC
2050 Russett Way
Carson City, NV 89703

Re: Potential Assignment of Mortgage Between Sky Land Investments, LLC and TGIG, LLC and/or TGIG's Assignees

Dear Mr. Crane:

I have discussed your request with the responsible individuals at Chicago Title Insurance Company ("Chicago Title") that Chicago Title either: (1) proceed forward as escrow agent and agree to issue an endorsement to Sky Land Investment, LLC's ("Sky Land") policy updating and naming TGIG, LLC ("TGIG") as additional insured or (2) that Sky Land and TGIG close the sale of a mortgage outside of escrow with Chicago Title agreeing to update its policy and name TGIG as an additional insured. First, Chicago Title, as escrow agent, is willing to complete the escrow instructions with Sky Land and TGIG as long as Sky Land and TGIG are aware of all of the facts laid out in my letter of December 15, 2006 to you. (A copy of that letter without exhibits is enclosed for ease of reference). Both parties should also be aware that the Asset Purchase Agreement referred to in Schedule B, Part I, Item 9 has been the subject of additional Orders of the Bankruptcy Court.

Chicago Title, as title insurer, however, is not willing to name TGIG as an additional insured without the additions set forth in Schedule B, Part I outlined in my letter of December 15 to you  In addition, there are two items that must be added to Schedule B, Part I, namely: "(14) The terms, conditions, etc. of the assignment of mortgage from Sky Land Investments, LLC to TGIG, LLC"; and "(15) the failure to obtain an estoppel certificate from the mortgagor."

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, Suite 4920, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
www.riker.com

Mr. Greg Crane
December 20, 2006
Page 2


In sum, Sky Land is free to assign its mortgage to whomever it chooses. But if Chicago Title is to issue an endorsement reflecting the assignment, the assignee should be aware that effective date of the policy will remain unchanged. Furthermore, the coverage afforded the assignee, as an "additional insured," is subject to all rights and defenses Chicago Title could assert against the original insured named in the policy, as well as any rights and defenses that Chicago Title may assert against the "additional insured" pursuant to the terms of the policy. Such rights and defenses include, without limitation, actual knowledge of the insured or "additional insured" of facts, circumstances, or events that could impair the validity or enforceability of the mortgage.

Further, Sky Land and TGIG should be aware that the policy, by its terms, does not insure the validity or enforceability of the instrument creating or memorializing the debt or obligation secured by the mortgage; nor does it insure that a specific sum or amount of indebtedness is currently due and owing from the borrower or mortgagor. The foregoing is not intended to constitute an exhaustive treatment of all terms and conditions of the policy or to be construed as a waiver of any rights or defenses which are not specifically discussed above.

Finally, I will be the point of contact for Chicago Title. All inquires should be addressed to me directly.

If you have any questions, please call.

Very truly yours,

*[signature]*

Michael R. O'Donnell

Enclosure

3717216.1