# EXHIBIT G



**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

Michael R. O'Donnell
Partner

Direct:
t: 973.451.8476
f: 973.451.8700
modonnell@riker.com
Reply to: Morristown

February 8, 2007

**BY FEDERAL EXPRESS**

Sky Land Investments, LLC
2050 Russett Way
Carson City, NV 89703

Attention: Greg Crane

Re:   **41-81 Clark Road, Bernardsville, New Jersey**

Dear Mr. Crane:

As you know, this firm represents Chicago Title Insurance Company ("Chicago Title"), which has issued a loan policy on a mortgage Sky Land Investment has on the above-referenced property. Please be advised that we recently received notice of a January 29, 2007 Motion for Leave to File and Serve a First Amended and Supplemented Complaint, and a February 7, 2007 proposed amendment thereto, filed by Peter and Lorraine Mocco and a number of their entities (the "Moccos") in a case that is part of several consolidated actions pending in state court in Essex County, New Jersey. Enclosed please find copies of these motion papers filed by the Moccos as they make allegations concerning the ownership of the property that is the subject of the mortgage lien and validity of liens on the property. Please be guided accordingly.

Thank you.

Very truly yours,

Michael R. O'Donnell

Enclosures

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578