

**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

**Derrick R. Freijomil**
Counsel

<u>Direct:</u>
t: 973.451.8580
f: 973.451.8622
dfreijomil@riker.com
Reply to: Morristown

May 7, 2008

**VIA ELECTRONIC FILING AND U.S. MAIL**
Hon. Patty Shwartz, U.S.M.J.
United States District Court,
 District of New Jersey
USPO & Courthouse Bldg.
Room 477
Newark, NJ 07102

Re:   **Sky Land Investments, LLC v. Chicago Title Insurance Company
       Civil Action No. 07-05844**

Dear Judge Shwartz:

This firm represents Chicago Title Insurance Company ("Chicago Title") in the above reference matter. Chicago Title has served a number of subpoenas *duces tecum* on non-parties seeking relevant documents necessary for Chicago Title's defense. Some of those non-parties have failed to respond or respond completely to those subpoenas, necessitating motions to compel by Chicago Title (despite its efforts to try to resolve any issues with such non-parties). At this juncture, Chicago Title seeks to compel compliance with subpoenas *duces tecum* served on SWJ Holdings, LLC ("SWJ") and its principals, Stephen Podell and Blackhawk Partners, LLC, and on Cobra/Ventura Equities, LLC ("C/V") and its principal, William Mournes. In order to avoid any further delay in its obtaining documents needed for its defense, Chicago Title also seeks leave to file motions to compel compliance with subpoenas *duces tecum* as needed in the future.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com

Hon. Patty Shwartz, U.S.M.J.
May 7, 2008
Page 2

As Your Honor may recall, SWJ and C/V were assignors in the chain of title at issue in this litigation. All of these non-parties were served in mid-February 2008, with responses being due by March 7, 2008. We have followed up with each of them and have yet to receive any documents. Chicago Title is ready to file a motion seeking to enforce these subpoenas immediately. For the foregoing reasons, Chicago Title requests leave (i) to immediately file a motion to compel compliance with the subpoenas *duces tecum* served on SWJ, Mr. Podell, Blackhawk Partners, C/V, and Mr. Mournes and (ii) to file motions to compel compliance with subpoenas *duces tecum* served on other non-parties as the need arises in the future.

Respectfully submitted,

Derrick R. Freijomil

cc:  Christopher C. Humphrey, Esq. (via email)
     Peter Strojnik, Esq. (via email)

3854815.1