UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SKYLAND INVESTMENTS, LLC,** : | |
| : | Civil Action No. 07-5844 (KSH) |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **ORDER ON INFORMAL APPLICATION** |
| **CHICAGO TITLE INSURANCE, CO.,** : | |
| : | |
| **Defendant** : | |

  This matter having come before the Court by way of letter dated May 7, 2008, in which Chicago Title seeks leave to file motions to compel nonparties SWJ Holdings, Stephen Podell, Blackhawk Partners, and Cobra/Ventura Equities, to comply with subpoenas served upon them;

  and the Court having conducted a telephone conference with counsel for the parties on May 7, 2008;

  and the Court having directed the parties to serve a letter on each of these nonparties advising them that if they fail to comply with the subpoena then the parties will seek an Order that directs the nonparty to show cause in person why sanctions should not be imposed for their noncompliance;

  and the parties being advised that if the nonparty fails to comply by the deadline set in the letter, then the party shall submit a letter asking that the Court issue an Order directing the nonparty to show cause why sanctions, including an order compelling the production of

documents, fees and/or a recommendation of contempt, should not be imposed for failing to comply with the subpoenas;

and the parties being advised that such request shall include a certification from counsel that reflects proof of service of the subpoena, the efforts to secure compliance, and proof that the letter advising them of the proposed order to show cause was served;

and for the reasons discussed during the telephone conference;

and for good cause shown,

IT IS ON THIS 7TH day of May, 2008

ORDERED that, in lieu of a motion to compel, the parties shall provide a letter to the party upon whom subpoenas were served and provide notice that if they fail to comply with the subpoena by the deadline set forth in the letter, then the party will request that the Court issue an order directing the nonparty to show cause why sanctions should not be imposed, including an order compelling production of documents, fees, and/or a recommendation of contempt, for failing to comply with the subpoena. A copy of the letter shall be submitted to the Court; and

IT IS FURTHER ORDERED if the nonparty fails to comply, then the parties may submit a letter application, with a copy to the nonparty, asking the Court to issue an Order directing the nonparty to show cause in-person why sanctions, should not be imposed, including an order compelling production of documents, fees, and/or a recommendation of contempt, for failing to comply with the subpoena. Said application shall include certification from counsel that reflects proof of service of the subpoena, the efforts to secure compliance, and proof that the letter advising them of the proposed order to show cause was served.

                                          s/Patty Shwartz
                                          **UNITED STATES MAGISTRATE JUDGE**