


Michael R. O'Donnell (MOD-7088)
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendant
Chicago Title Insurance Company

| | |
|---|---|
| SKY LAND INVESTMENTS, LLC, a Nevada Limited Liability Company,<br><br>                                  Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer,<br><br>                                 Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 07-05844 (KSH/PS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER having been resolved by and between Plaintiff Sky Land Investments ("Sky Land") and Defendant Chicago Title Insurance Company ("Chicago Title"), it is hereby agreed and stipulated as follows:

1. Sky Land hereby voluntarily dismisses with prejudice its Complaint against Chicago Title in the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party shall bear its own attorneys' fees and costs incurred in this action.

| | |
|---|---|
| **RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP**<br>Attorneys for Defendant<br>Chicago Title Insurance Company<br><br>*/s/ MR O'Donnell*<br>_____<br>Michael R. O'Donnell, Esq.(MOD-7088) | **LAW OFFICES OF PETER STROJNIK**<br>Attorneys for Plaintiff<br>Sky Land Investments, LLC<br><br>*/s/*<br>_____<br>Peter Strojnik, Esq.<br>Arizona Bar No. 6464<br><br>*/s/*<br>_____<br>Christopher C. Humphrey (CH 9551)<br>Thomas and Humphrey<br>18 Bank Street, Suite 302<br>Morristown, New Jersey 07963 |
| DATED: __8/26__, 2008 | DATED: __8/25__, 2008 |

3882669.1

So Ordered on Sept 26, 2008.

/s/ KSHayden, USDJ

- 2 -